UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL RESENDIZ DE SANTIAGO, | Case No. 1:26-cv-04796-JLT-HBK (HC) |
| Petitioner, | ORDER REQUIRING PETITITONER TO SUBMIT SIGNED DECLARATION |
| v. | FOURTEEN DAY DEADLINE |
| WARDEN CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, | ORDER DIRECTING CLERK'S OFFICE TO UPDATE PETITIONER'S ADDRESS AND PROVIDE COPY OF ORDER |
| Respondent. | |

On June 22, 2026, Petitioner filed a pro se petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1, "Petition"). Petitioner is an immigrant detainee in U.S. Immigration Customs and Enforcement (ICE) at the California City Immigration Processing Center and challenges his continued detention as a violation of his due process rights under the Fifth Amendment. (*Id*.). Upon review, the Court notes the Petition is not signed. (*Id*. at 2). The Court will allow Petitioner an opportunity to fix this problem.

Rule 11 requires all pleadings, written motions, and other papers be signed by at least one attorney of record or, if the party is not represented by an attorney, by the party personally. Fed. R. Civ. P. 11(a). Petitioner's failure to sign the Petitioner also violates Local Rule 131(b), which requires that all pleadings be signed by the attorney for the party, or if that party appears without an attorney, by the party personally. L.R. 131(b). In addition, Rule 2 of the Rules Governing

1

Section 2254 Cases[1] requires a petition for writ of habeas corpus to "be signed under penalty of perjury by the petitioner."

Rather than striking the Petition and requiring Petitioner to file a new one, the Court will permit Petitioner to file a document titled "Notice to the Court."  In this Notice, Petitioner must state that he submitted the Petition in this case to the Court and must sign and date the Notice under penalty of perjury.  Petitioner shall have fourteen (14) days from the date this Order is served to file the Notice.  The Court will not require a response to the Petition until Petitioner files the Notice.

The Court also notes the Petitioner's address on the docket is listed as 1811 Jefferson St., Apt. 708, Hollywood, Florida, 33020, but the Petition states that Petitioner "remains detained" at California City Immigration Processing Center.

////

////

Accordingly, it is ORDERED:

1. Within **fourteen days (14)** from the date of service of this Order, Petitioner shall file a "Notice to the Court" stating that he submitted the Petition in this case to the Court and shall sign and date the Notice under penalty of perjury.

2. If Petitioner does not comply with this Order within fourteen (14) days, the Court will strike the Petition from the docket.

3. The Clerk of Court is directed to

    a.  Update Petitioner's address to:

        California City Immigration Processing Center

        P.O. Box 2513

        22844 Virginia Boulevard

---

[1] The Rules Governing Section 2254 Cases may be applied to petitions for writ of habeas corpus other than those brought under § 2254 at the Court's discretion. *See* Rule 1 of the Rules Governing Section 2254 Cases.  Civil Rule 81(a)(2) provides that the rules are "applicable to proceedings for . . . habeas corpus . . . to the extent that the practice in such proceedings is not set forth in statutes of the United States and has heretofore conformed to the practice of civil actions."  Fed. R. Civ. P 81(a)(2).

California City, CA  93505

    b.   Mail Petitioner a copy of this Order at the updated address.

Dated:    July 1, 2026    

*Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE